UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AVVO, INC., a Washington corporation, and MARK BRITTON, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a New York Corporation,<br><br>　　　　　Defendant. | Case No.:<br><br>(KING COUNTY SUPERIOR COURT CAUSE NO. 08-2-34053-8 SEA)<br><br>DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT |

TO:　THE CLERK OF THE UNITED STATES DISTRICT COURT IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

　　　PLEASE TAKE NOTICE THAT Defendant in the above-titled matter hereby removes to this Court the state court action described below.

　　　Defendant Westchester Fire Insurance Company ("Defendant"), hereby gives notice that this action is removed to the United States District Court for the Western District of Washington at Seattle from the Superior Court of Washington, in and for King County. Pursuant to 28 U.S.C. § 1441, Defendant further states as follows:

　　　**State Court Action:**　Westchester Fire Insurance Company is named as the defendant in a civil action filed in the Superior Court of Washington, in and for King County, styled

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

Dockets.Justia.com

*Avvo, Inc. and Mark Britton v. Westchester Fire Insurance Company*, Cause No. 08-2-34053-8 SEA (the "state court action").

**Commencement of State Court Action:** The state court action was commenced when plaintiffs' Summons and Complaint were filed with the clerk of the King County Superior Court on October 3, 2008. Service of the Summons and Complaint was effected on Defendant via the Washington State Insurance Commissioner on or about **October 1, 2008**. This Notice of Removal is timely, in that it is being filed within thirty (30) days of receipt of service of the Summons and Complaint by Defendant. Defendant has not filed pleadings in this case in the state court action, other than a Notice of Appearance.

**Record in State Court:** The following pleadings, as are available in the file of the state court action, encompass all of the pleadings received or filed by Defendant in this action up to the present time.

    Summons

    Complaint

    Order Setting Civil Case Schedule

    Case Information Cover Sheet

    Notice of Appearance on Behalf of Defendant

    Insurance Commissioner's Certificate of Service

    Amended Affidavit of Service

The Complaint is attached hereto as Exhibit A. A Copy of the Insurance Commissioner's Certificate of Service is attached as Exhibit B to this Notice. A complete copy of all additional documents filed in the state court proceeding will be submitted with a subsequent declaration of counsel pursuant to CR 101 of the Local Rules of the Western District of Washington.

**Diversity of Citizenship is Basis for Federal Court Jurisdiction:** This dispute between Plaintiffs and Defendant is a controversy between citizens of different states.

DEFENDANT'S NOTICE OF REMOVAL TO
FEDERAL COURT - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

a. Plaintiff Avvo, Inc. is a Washington corporation with its principal place of business in Seattle, Washington. Plaintiff Mark Britton is an individual who is a citizen of King County, Washington.

b. Defendant Westchester Fire Insurance Company is, and at all times material has been, incorporated under the laws of New York with its principal place of business in Roswell, Georgia.

**Nature and Description of Case:** This action seeks damages and attorneys' fees and costs, among other relief, for alleged breach of contract, bad faith, violation of the Consumer Protection Act and violation of the Insurance Fair Conduct Act, in connection with Defendant's response to a claim made under an insurance policy Defendant issued to Plaintiff Avvo, Inc.

**Amount in Controversy:** Plaintiffs seek to recover an amount in excess of $75,000. The Complaint states that Plaintiffs seek, inter alia, judgment against Defendant for fees, costs and expenses Plaintiffs incurred in the defense of a prior lawsuit against Plaintiffs. Plaintiffs' counsel has informed counsel for Defendant that Plaintiff Avvo, Inc. claims to have incurred over $134,000 in costs and legal expenses for the defense of that lawsuit. *See* Declaration of Benjamin J. Stone in Support of Defendant's Notice of Removal. Plaintiffs also seek treble damages, legal fees in this case, and "such further relief as the court deems equitable and just." (Complaint at pg. 7-8). Taking all these factors into consideration, Defendant reasonably believes that the Plaintiff seeks damages and/or other recoveries counting toward the jurisdictional minimum, in excess of $75,000.

**Applicable Statutes:** This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the action is removable to this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446.

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

| | |
|---|---|
| 1 | **Concurrent Notice to State Court:** Defendant is concurrently filing a copy of this |
| 2 | Notice of Removal with the Court of the Clerk of the Superior Court of Washington in and for |
| 3 | King County, cause number 08-2-34053-8 SEA, pursuant to 28 U.S.C. § 1446(d). |
| 4 | DATED this 30th day of October, 2008. |
| 5 | COZEN O'CONNOR |

By: /s/ Benjamin J. Stone
    Benjamin J. Stone, WSBA No. 33436
    Megan K. Kirk, WSBA No. 32893
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Facsimile: 206.621.8783
E-mail: bstone@cozen.com
        mkirk@cozen.com

Attorneys for Defendant Westchester Fire Insurance Company

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tricia S. Boerger, Esq., Savitt & Bruce, LLP, 1325 Fourth Avenue, Suite 1410, Seattle, WA 98101-2509.

(KING COUNTY SUPERIOR COURT CAUSE NO. 08-2-34053-8 SEA)
DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

DATED this 30th day of October, 2008.

COZEN O'CONNOR


By: /s/ Lisa Heusler, Legal Assistant to
    Benjamin J. Stone, WSBA No. 33436
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Facsimile: 206.621.8783
E-mail:  lheusler@cozen.com
          bstone@cozen.com

DEFENDANT'S NOTICE OF REMOVAL TO
FEDERAL COURT - 5

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000