UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AVVO, INC., a Washington corporation, and MARK BRITTON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | Case No.:<br><br>DECLARATION OF BENJAMIN J. STONE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL |

Benjamin J. Stone declares as follows:

1. I represent Defendant Westchester Fire Insurance Company in this litigation.

2. In communications with Ms. Tricia S. Boerger, counsel for Plaintiffs, she has stated to me that Plaintiff Avvo, Inc. incurred approximately $134,000 in costs and legal expenses defending a lawsuit brought in this Court entitled *Browne v. Avvo*, Case No. 2:2007cv00920. Here, Avvo seeks to recover these costs and legal expenses, among other things, from Westchester Fire Insurance Company.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2008

/s/ Benjamin J. Stone

DECLARATION OF BENJAMIN J. STONE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tricia S. Boerger, Esq., Savitt & Bruce, LLP, 1325 Fourth Avenue, Suite 1410, Seattle, WA 98101-2509.

DECLARATION OF BENJAMIN J. STONE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

DATED this 30th day of October, 2008.

COZEN O'CONNOR


By: /s/ Lisa Heusler, Legal Assistant to
Benjamin J. Stone, WSBA No. 33436
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Facsimile: 206.621.8783
E-mail: lheusler@cozen.com
bstone@cozen.com

DECLARATION OF BENJAMIN J. STONE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000