UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AVVO, INC., a Washington corporation, and MARK BRITTON, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a New York Corporation,<br><br>  Defendant. | Case No.:<br><br>RULE 7.1 DISCLOSURE OF DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Westchester Fire Insurance Company makes the following disclosures:

Westchester Fire Insurance Company is a wholly-owned subsidiary of ACE USA, Inc. ACE USA, Inc. is a wholly-owned subsidiary of ACE US Holdings, Inc. ACE US Holdings, Inc. is a wholly-owned subsidiary of ACE Group Holdings, Inc., and ACE Group Holdings, Inc. is a wholly-owned subsidiary of ACE Limited.

///

///

///

RULE 7.1 DISCLOSURE OF DEFENDANT WESTCHESTER
FIRE INSURANCE COMPANY - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

ACE Limited is the ultimate parent and the only entity within the ACE Group of Companies that is traded in any public exchange.  ACE Limited trades on the New York Stock Exchange under the ticker symbol "ACE."

DATED this 30th day of October, 2008.

                                          COZEN O'CONNOR

By: /s/ Benjamin J. Stone
    Benjamin J. Stone, WSBA No. 33436
    Megan K. Kirk, WSBA No. 32893
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington  98101
Telephone: 206.340.1000
Facsimile: 206.621.8783
E-mail:   bstone@cozen.com
          mkirk@cozen.com

Attorneys for Defendant, Westchester Fire Insurance Company

RULE 7.1 DISCLOSURE OF DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tricia S. Boerger, Esq., Savitt & Bruce, LLP, 1325 Fourth Avenue, Suite 1410, Seattle, WA 98101-2509.

RULE 7.1 DISCLOSURE OF DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY

DATED this 30th day of October, 2008.

                COZEN O'CONNOR

By: /s/ Lisa Heusler, Legal Assistant to
      Benjamin J. Stone, WSBA No. 33436
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington 98101
Telephone: 206.340.1000
Facsimile: 206.621.8783
E-mail: lheusler@cozen.com
         bstone@cozen.com

RULE 7.1 DISCLOSURE OF DEFENDANT WESTCHESTER
FIRE INSURANCE COMPANY - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000