THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AVVO, INC., a Washington corporation, and
MARK BRITTON, an individual,

       Plaintiffs,

       v.

WESTCHESTER FIRE INSURANCE
COMPANY, a New York Corporation,

       Defendant.

Case No.: CV08-1597 MJP

AMENDED RULE 7.1 DISCLOSURE OF
DEFENDANT WESTCHESTER FIRE
INSURANCE COMPANY

Pursuant to Fed. R. Civ. P. 7.1, Defendant Westchester Fire Insurance Company makes the following disclosures:

Westchester Fire Insurance Company is a wholly-owned subsidiary of ACE US Holdings, Inc. ACE US Holdings, Inc. is a wholly-owned subsidiary of ACE Group Holdings, Inc., and ACE Group Holdings, Inc. is a wholly-owned subsidiary of ACE Limited.

ACE Limited is the ultimate parent and the only entity within the ACE Group of Companies that is traded in any public exchange. ACE Limited trades on the New York Stock Exchange under the ticker symbol "ACE."

///

///

AMENDED RULE 7.1 DISCLOSURE OF DEFENDANT
WESTCHESTER FIRE INSURANCE COMPANY - 1
CV08-1597 MJP

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1       DATED this 3rd day of November, 2008.

2                                    COZEN O'CONNOR

3

4                              By: /s/ Benjamin J. Stone

5                                Benjamin J. Stone, WSBA No. 33436
                               Megan K. Kirk, WSBA No. 32893

6                     COZEN O'CONNOR
                    Washington Mutual Tower

7                     1201 Third Avenue
                    Suite 5200

8                     Seattle, Washington  98101
                    Telephone: 206.340.1000
                    Toll Free Phone: 800.423.1950

9                     Facsimile: 206.621.8783
                    E-mail:   bstone@cozen.com

10                                        mkirk@cozen.com

11                     Attorneys for Defendant, Westchester Fire
                    Insurance Company

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AMENDED RULE 7.1 DISCLOSURE OF DEFENDANT
WESTCHESTER FIRE INSURANCE COMPANY - 2
CV08-1597 MJP

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Tricia S. Boerger, Esq., Attorneys for plaintiff.

AMENDED RULE 7.1 DISCLOSURE OF DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY

DATED this 3rd day of November, 2008.

COZEN O'CONNOR

By:  /s/ Lisa Heusler, Legal Assistant to
      Benjamin J. Stone, WSBA No. 33436
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, Washington  98101
Telephone: 206.340.1000
Facsimile: 206.621.8783
E-mail:  lheusler@cozen.com
            bstone@cozen.com

 AMENDED RULE 7.1 DISCLOSURE OF DEFENDANT
WESTCHESTER FIRE INSURANCE COMPANY - 3
CV08-1597 MJP

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000