Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AVVO, INC., a Washington corporation, and MARK BRITTON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a New York corporation,<br><br>Defendant. | NO. 08-cv-1597-MJP<br><br>**DEMAND FOR TWELVE (12) PERSON JURY** |

Plaintiffs hereby demand a trial by a jury of twelve (12) of all issues triable by a jury herein.

DATED this 10th day of November, 2008.

SAVITT & BRUCE LLP

By_____
James P. Savitt, WSBA #16847
Tricia S. Boerger, WSBA #38581

Attorneys for Plaintiffs Avvo, Inc. and Mark Britton

DEMAND FOR TWELVE (12) PERSON JURY - 1
08-cv-1597-MJP

SAVITT & BRUCE LLP
1325 Fourth Avenue Suite 1410
Seattle, Washington 98101-2509
(206) 749-0500