Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AVVO, INC., a Washington corporation, and MARK BRITTON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a New York corporation,<br><br>Defendant. | NO. 08-cv-1597-MJP<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on November 10, 2008, a true and correct copy of the following documents:

**DEMAND FOR TWELVE (12) PERSON JURY**

**CERTIFICATE OF SERVICE**

were filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing of the above referenced documents to the following parties:

CERTIFICATE OF SERVICE - 1
08-cv-1597-MJP

SAVITT & BRUCE LLP
1325 Fourth Avenue Suite 1410
Seattle, Washington 98101-2509
(206) 749-0500

Benjamin J. Stone
Megan K. Kirk
Cozen O'Connor
1201 Third Avenue, Suite 5200
Seattle, WA 98101

*Attorney for Defendant Westchester Fire Insurance Company*

DATED: November 10, 2008.

_____
Denise Colvin

CERTIFICATE OF SERVICE - 2
08-cv-1597-MJP

SAVITT & BRUCE LLP
1325 Fourth Avenue Suite 1410
Seattle, Washington 98101-2509
(206) 749-0500