UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AVVO INC. et al.,

                Plaintiffs,

v.

WESTCHESTER FIRE INSURANCE
COMPANY,

                Defendant.

Case No. C08-1597MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The parties have not complied with the order directing that a joint status report be filed by January 13, 2009. The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by **January 30, 2009**, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

Filed this 20th day of January, 2009.

BRUCE RIFKIN, Clerk

By:    /s Mary Duett
             Deputy Clerk

MINUTE ORDER - 1