1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AVVO INC., et al.,

                              Plaintiffs,

v.

WESTCHESTER FIRE INSURANCE
COMPANY,

                              Defendant.

No. C08-1597 MJP

ORDER OF DISMISSAL

        Counsel having notified the court of the successful settlement of this case, and it appearing that no issue remains for the Court's determination,

        IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. All pending motions will be terminated on the Court's motions calendar.

        In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

        Dated this 20th day of January, 2009.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1